**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA

    .  **NOTICE OF ATTORNEY APPEARANCE**
               **11-CR-00614 (VM)**

      -against-

ELENA TURUBANOVA
-------------------------------------------------------------X


      PLEASE NOTE, that I have been retained by ELENA TURBANOVA, the above named
Defendant.

Date: December 26, 2011


I was admitted to practice in this District on August 11, 1989.


_____      S/JONATHAN KAYE

      BAR CODE:   JK4439


      JONATHAN KAYE, ESQ.
      35-16 BELL BOULEVARD
      SUITE 201
      BAYSIDE, NEW YORK 11361


      ESQJK@AOL.COM

      PHONE: (718) 746-5017
      FAX: (718) 281-4746